# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07-cv-144-RJC

| | |
|---|---|
| DWAYNE STONE, Individually and on Behalf of Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SUMITOMO ELECTRIC ESC, INC., D/B/A ENGINEERED SINTERED COMPONENTS, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Class Certification (Doc. No. 23), for Court Approval of Settlement Agreements and for Dismissal With Prejudice. The Court finds that the motion is well taken and that good cause exists for the granting of such motion.

**IT IS, THEREFORE, ORDERED,** with the consent of the parties, that:

1. The Proposed Class members identified on Exhibit A to said motion are certified as the members of the Collective Action under 29 U.S.C. § 216;

2. The Executed Agreements are deemed reasonable and appropriate and are approved; and

3. This action is dismissed with prejudice, with each side to bear its own costs, fees, including attorney's fees, and expenses.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for an additional ninety (90) days to the extent necessary to resolve any issues or disputes that may arise with respect to implementation and finalization of the settlement of this cause. Thereafter, the case

will be dismissed with prejudice.

Signed: October 3, 2008

Robert J. Conrad, Jr.
Chief United States District Judge